IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WISCONSIN LABORERS HEALTH FUND,
WISCONSIN LABORERS APPRENTICESHIP
AND TRAINING FUND, BUILDING &
PUBLIC WORKS LABORERS VACATION
FUND, and JOHN J. SCHMITT (in his capacity
as a Trustee), BUILDING TRADES UNITED
PENSION TRUST FUND and SCOTT                                    20-cv-41-wmc
REDMAN (in his capacity as Trustee),
WISCONSIN LABORERS-EMPLOYERS
COOPERATION AND EDUCATION TRUST
FUND, WISCONSIN LABORERS DISTRICT
COUNCIL,

    Plaintiffs,

  v.

JP ANTHONY, INC.,

    Defendant.

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiffs Wisconsin Laborers Health Fund et al. against defendant JP Anthony, Inc. in the amount of $30,880.07.

| s/ V. Olmo, Deputy Clerk | 10/22/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |